CONTINENTAL MOTORS OF PLAINFIELD v.
HUGO ABSALON.

September 30, 1975.  Petition for certification denied.

MONA Mc CLUSKEY v. WEEKS DREDGING.

September 30, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD THOMPSON.

September 30, 1975.  Petition for certification denied.

STATE OF NEW JERSEY v. JAMES J. LEE

September 30, 1975.  Petition for certification denied.

PUBLIC UTILITY CONSTRUCTION & GAS APPLIANCE
WORKERS LOCAL 274 v. PUBLIC SERVICE ELECTRIC
& GAS COMPANY.

September 30, 1975.  Petition for certification denied.

JOHN J. BRESLIN v. NEW JERSEY INVESTORS, INC.

September 30, 1975.  Petition for certification granted.